**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 22-1787

United States of America

Appellee

v.

Larry Dean Rederick

Appellant

___

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:20-cr-40066-KES-1)

___

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

May 25, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans